ORDERED in the Southern District of Florida on June 26, 2012.



Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

DAVID ARRITOLA                    Case No.: 12-10431-RAM
                                  Chapter 13

_____Debtor_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY BANK OF AMERICA, NA, #36

THIS CASE came to be heard on the Debtors' *Motion to Value and Determine Secured Status of Lien on Real Property Held by Bank of America, NA* (Docket Entry #36). Based upon the Debtor's assertions made in support of the Motion, that the parties' have reached an agreement, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

1. The value of the debtor's real property (the "Real Property") located at 3901 SW 78 Court, Apt. 214, Miami, Florida 33155, more particularly described as

**TROPICAL MANOR CONDO UNIT 1-214
INDIV 1.250% INT IN COMMON ELEMENTS OFF REC 23590-2452 OR 23154-4417 0205 2**

    is $39,500.00 at the time of filing.

2. The total of all claims secured by liens on the Real Property senior to the lien of Bank of America, NA (The "Lender") is $0.00.

3. The Lender holds a mortgage recorded on October 4, 2005 at Book 23837 Pages 1936-1956 (21 pages) in the official records of Dade County, Florida

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $39,500.00.

3. Lender has filed proof of claim 7-1 in the amount of $118,613.87. The Trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. The claim shall be classified as a secured claim in the amount of $39,500.00 and as a general unsecured claim in the amount of $79,113.87 regardless of the original classification in the proof of claim as filed.

4. Lender's secured claim shall be paid during the plan by the Debtor paying principal and interest of $749.95 per month for months one (1) through sixty (60) at 5.25% interest, for a total of $44,996.78.

5. The Debtor will pay property taxes directly.

6. The Condo Association is responsible for the property insurance. Debtor has provided a copy of the insurance declaration to the Lender.

7. Should the Debtor become delinquent on the post petition taxes, the Lender may move for in-rem relief.

8. The real property may not be sold or refinanced without proper notice and further order of the court.

9. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

10. This ruling is subject to Lender seeking a hearing de novo

Submitted By:

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

Attorney for debtor is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.