

**ORDERED in the Southern District of Florida on June 26, 2012.**

_____

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

**IN RE:**

                                                        **CASE NO.: 2012-10431-RAM**
**DAVID ARRITOLA**                                      **CHAPTER: 13**

**Debtor**

_____/

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** having come before the court upon the Debtor, DAVID ARRITOLA'S, Renewed Objection to Claim Number  9-1 (D.E. #66), that the parties' have reached an agreement and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that DAVID ARRITOLA'S objection to the following claim is hereby **SUSTAINED**.

The arrearage of 1,243.11 in claim #9-1 is hereby stricken and the Debtor is to make payments directly to the JP Morgan Chase Bank, NA.

**Submitted by:**

RICARDO CORONA, ESQ.

Florida Bar No. 111333

3899 NW 7 Street

Second Floor

Miami, FL 33126

(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).